■ In the Matter of MORGENE R. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LEAH A., Appellant, et al., Respondent. (Proceeding No. 1.) In the Matter of DANIEL R., JR. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LEAH A., Appellant, et al., Respondent. (Proceeding No. 2.) In the Matter of RAYMOND A. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LEAH A., Appellant, et al., Respondent. (Proceeding No. 3.) [22 NYS3d 886]—Appeal from an order of disposition of the Family Court, Kings County (Ilana Gruebel, J.), dated November 18, 2014. The order of disposition, insofar as appealed from, after a hearing, placed the subject children in the custody of the Commissioner of Social Services. The order of disposition brings up for review an order of fact-finding of that court dated August 4, 2014, which, after a hearing, found that the mother neglected the subject children.

Ordered that the order of disposition is affirmed insofar as appealed from, without costs or disbursements.

The Administration for Children's Services filed petitions alleging, inter alia, that the appellant, who is the mother of the children Raymond A., Morgene R., and Daniel R., Jr., had

neglected the children by engaging in physical and verbal altercations in the presence of the child Raymond A. After a fact-finding hearing, the Family Court found that the appellant had neglected the child Raymond A. and derivatively neglected the children Daniel R., Jr., and Morgene R.

The Family Court's finding that the mother neglected the child Raymond A. is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Tamara D. [Randolph P.]*, 120 AD3d 813 [2014]; *Matter of Ariella S. [Krystal C.]*, 89 AD3d 1092, 1093 [2011]; *Matter of Ndeye D. [Benjamin D.]*, 85 AD3d 1026, 1027 [2011]; *Matter of Kiara C. [David C.]*, 85 AD3d 1025 [2011]; *Matter of Kaleb B. [Harold S.]*, 119 AD3d 780, 781 [2014]). The petitioner further established, by a preponderance of the evidence, that the mother derivatively neglected the children Daniel R., Jr., and Morgene R. (*see Matter of Kaleb B. [Harold S.]*, 119 AD3d at 781). Mastro, J.P., Hall, Maltese and LaSalle, JJ., concur.